UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:19-cr-20227-GAYLES/OTAZO-REYES

UNITED STATES OF AMERICA

v.

**TAMIEN DERRICK BAIN**,

    Defendant.
_____/

## **ORDER**

**THIS CAUSE** comes before the Court upon Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation ("Report"), [ECF No. 230], on *pro se* Defendant Tamien Derrick Bain's Motion to Limine / Excluding Hearsay Statements (hereafter, "Motion in Limine"), [ECF No. 166]. This case was referred to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding the Motion in Limine. [ECF No. 196]. On November 3, 2020, Judge Otazo-Reyes issued her Report recommending that the Court deny without prejudice the Motion in Limine. Defendant did not file a timely objection.

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which

*no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court finds no clear error with Judge Otazo-Reyes's well-reasoned analysis and agrees that the Motion in Limine should be denied.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation, [ECF No. 230], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

2. Defendant's Motion to Limine/Excluding Hearsay Statements, [ECF No. 166], is **DENIED without prejudice**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of July, 2021.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE