**UNITED STATES OF AMERICA**

v.

**TAMIEN DERRICK BAIN,**

      Defendant.

_____/

## ORDER

**THIS CAUSE** comes before the Court upon Magistrate Judge Alicia M. Otazo-Reyes's Report and Recommendation (the "Report"), [ECF No. 231], on *pro se* Defendant Tamien Derrick Bain's Writs of Habeas Corpus (the "Motions"), [ECF Nos. 172, 176]. This Court referred this case to Judge Otazo-Reyes, pursuant to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, to take all necessary and proper action as required by law and/or to submit a Report and Recommendation to this Court regarding the Motions. [ECF No. 196]. On November 3, 2020, Judge Otazo-Reyes issued her Report recommending that the Court deny the Motions. Defendant filed a timely objection to the Report. [ECF No. 245].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v.*

*WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court, having conducted a *de novo* review of the record, agrees with Judge Otazo-Reyes's well-reasoned analysis and recommendation that the Court deny the Motions. Defendant's arguments are premature and should be presented at trial.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1)  Judge Otazo-Reyes's Report and Recommendation, [ECF No. 231], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference; and

(2)  Defendant's Writs of Habeas Corpus, [ECF Nos. 172, 176], are **DENIED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of July, 2021

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE